**FILED**
CLERK, U.S. DISTRICT COURT
MAR 12 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Luis Morales <br><br> Defendant. | Case No. 2:09-CR-00735-GHK-2 <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

    A.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____
_____
_____
_____
_____

    B.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 3/12/15

                                          HONORABLE JACQUELINE CHOOLJIAN
                                          United States Magistrate Judge